UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 19-CR-60276-MGC

UNITED STATES OF AMERICA,

-vs-

**CHRISTOPHER MIANO,**
    Defendant.
_____/

### UNOPPOSED MOTION TO AUTHORIZE TEMPORARY CHANGE OF ABODE

Through counsel, Christopher Miano petitions the Court to approve that he resides at 2584 SE. 12th Street, Pompano Beach, FL 33062 while his home is occupied by short-term renters.

1. Mr. Miano's home and the dwelling at which he plans to live for the next week are approximately three blocks apart.

2. Government counsel does not oppose this request.

3. The Defendant will resume occupancy of his home on or before March 23, 2020.

WHEREFORE, counsel petitions the court to grant this request.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of March 2020, I conventionally filed the foregoing document, under seal, with the Clerk of the Court and provided a copy to all counsel of record.

Respectfully Submitted,

**WILLIAM R. TUNKEY, P.A.**
2250 SW 3rd Ave, 4th Floor
Miami, FL 33129
Tel: (305) 858-9550
Email: bill@tunkeylaw.com

BY: */s/* William R. Tunkey
    WILLIAM R. TUNKEY
    FLA. BAR. NO. 125153