UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60276-AHS

UNITED STATES OF AMERICA

vs.

CHRISTOPHER MIANO,

    Defendant.
_____/

## UNITED STATES' NOTICE OF SUBSTITUTION

Undersigned counsel hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Trial Attorney Timothy P. Loper.

Dated: October 8, 2021        Respectfully submitted,

                                      JUAN ANTONIO GONZALEZ
                                      ACTING UNITED STATES ATTORNEY

                                      JOSEPH BEEMSTERBOER, ACTING CHIEF
                                      U.S. DEPARTMENT OF JUSTICE
                                      CRIMINAL DIVISION, FRAUD SECTION

By:    */s/ Reginald Cuyler Jr.*
        Reginald Cuyler Jr.
        TRIAL ATTORNEY
        Florida Bar No. 0114062
        United States Department of Justice
        Criminal Division, Fraud Section
        12020 Miramar Parkway
        Miramar, Florida 33025
        Tel: (202) 748-3024
        reginald.cuyler.jr@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2021, I served and filed the forgoing document with the Clerk of the Court via ECF.

By:     /s/ *Reginald Cuyler Jr.*
Reginald Cuyler Jr.
TRIAL ATTORNEY
Florida Bar No. 0114062
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Tel: (202) 748-3024
reginald.cuyler.jr@usdoj.gov