UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cr-60276-AHS

UNITED STATES OF AMERICA,

v.

CHRISTOPHER MIANO

          **Defendant**.

_____/

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE**

The government, by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable Advisory Guidelines sentencing range of Christopher Miano (the "Defendant"), pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the government states as follows:

1. On September 27, 2019, the United States Attorney for the Southern District of Florida charged Defendant by Information with one count conspiracy to solicit and receive health care kickbacks.

2. On February 5, 2020, Defendant pleaded guilty to the Information.

3. As a result of the Defendant's substantial assistance, the government recommends a forty-five percent (45%) reduction to his Guidelines sentencing range.

4. Pursuant to the plea agreement filed in this case as well as the Guidelines sentencing range calculated within the Presentence Investigation Report, the Defendant's Guidelines sentencing range is 46-57 months imprisonment (this includes an anticipated two-point reduction pursuant to Section 4C1.1 of the United States Sentencing Guidelines). A forty-five-percent reduction (45%) would result in a Guidelines sentencing range of 25–31 months.

Dated: April 30, 2024                     Respectfully submitted,

                                            MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

By: /s/ *Reginald Cuyler Jr.*
Reginald Cuyler Jr.
Trial Attorney
Florida Bar No. 0114062
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
Tel: (202) 748-3024
reginald.cuyler.jr@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 30, 2024, I served and filed the forgoing document with the Clerk of the Court via ECF.

By: */s/ Reginald Cuyler Jr.*
Reginald Cuyler Jr.
Trial Attorney